# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00346-CV

**Annie Behrens, Appellant**

**v.**

**Alfred Moreno and Donna Moreno, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 230,117-0, HONORABLE PHILLIP ZEIGLER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Annie Behrens filed a notice of appeal on June 22, 2009. On June 24, 2009, this Court received notice from the Bell County district clerk's office that appellant had not paid or made arrangements to pay for the clerk's record. On July 16, 2009, the Clerk of this Court sent notice to appellant that this appeal would be dismissed for want of prosecution if she did not make arrangements to pay for the record and submit a status report to this Court by July 27, 2009. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   August 25, 2009